FILED

02/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0015

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0015

IN THE MATTER OF

S.C.,

    A Youth in Need of Care

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

    Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, K.B., is granted an extension of time until April 25, 2022 to prepare, serve, and file the Opening Brief.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
February 25 2022
PAGE 1